**PLAN B DEVELOPMENT, LLC, Appellant,**

v.

**AUBURN ACE HOLDINGS, LLC, Appellee.**

No. 09–35953.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2010.*

Filed July 14, 2010.

Douglas Elston, Law Offices of Douglas W. Elston, Snohomish, WA, for Appellant.

Christine M. Tobin, Bankruptcy Counsel, Bush, Strout & Kornfeld, Seattle, WA, for Appellee.

Before: CALLAHAN and IKUTA, Circuit Judges, and BENITEZ,** District Judge.

MEMORANDUM ***

The parties do not dispute that the debtor's primary asset was sold during the

** The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provid-

bankruptcy process. Nor do they dispute that Plan B failed to obtain a stay of the proceedings while this appeal was pending. Therefore, we conclude that the transfer of that asset precludes us from providing meaningful relief. *Trone v. Robert Farms, Inc. (In re Roberts Farm, Inc.)*, 652 F.2d 793, 797 (9th Cir.1981).

Plan B's reliance on *Popp v. Zimmerman (In re Popp)*, 323 B.R. 260 (9th Cir. BAP 2005) is misplaced, as in that case the Bankruptcy Appellate Panel could still provide relief based on a lien that remained on the property in that suit. *Id.* at 271–72. No such lien exists in this case.

The appeal is **DISMISSED** as moot.

ed by Ninth Circuit Rule 36–3.